UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
October 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | | |
|---|---|---|
| SHAHROKH RAHIMI, | § | |
| Petitioner, | § | |
| v. | § | CIVIL NO. SA-25-CV-1338-OLG |
| BOBBY THOMPSON *et al.*, | § | |
| Respondents. | § | |

# O R D E R

Pending before the Court is Petitioner's Motion for Preliminary Injunction Ordering Release Pending Final Judgment (Dkt. No. 3), in which he seeks an order compelling his release from ICE custody. Because Respondents have received notice of this case, the Court **ORDERS** as follows:

- Respondents must file a response to the Motion (Dkt. No. 3) by **Friday, November 14, 2025**.

- Petitioner may submit a reply by **Friday, November 21, 2025**.

- The Motion (Dkt. No. 3) is set for an in-person evidentiary hearing on **Wednesday, December 10, 2025, at 10:00 a.m.** in Courtroom C on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. Petitioner must be present at the hearing.

**SIGNED** this 24th day of October, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE